# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS, | Case No.: 2:18-cv-1292-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 6) |
| EXPERIAN INFORMATION SOLUTIONS, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend time for Defendant Trans Union, LLC to file a response to Plaintiff's complaint. Docket No. 6. Local Rule IA 6-1(a) requires that the parties "state the reasons for the extension requested." The parties fail to abide by this rule. *Id.*

Accordingly, the Court **DENIES** without prejudice the parties' stipulation to extend time. Docket No. 6.

IT IS SO ORDERED.

Dated: August 1, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1