| | |
|---|---|
| 1 | **JASON G. REVZIN** |
| 2 | Nevada Bar No. 8629 |
|   | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Blvd., Suite 600 |
|   | Las Vegas, Nevada 89118 |
| 4 | Telephone: (702) 893-3383 |
|   | Facsimile: (702) 893-3789 |
| 5 | Email: jason.revzin@lewisbrisbois.com |
| 6 | **COUNSEL FOR DEFENDANT TRANS UNION LLC** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and ARVEST CENTRAL MORTGAGE COMPANY,<br><br>    Defendants. | Case No. 2:18-cv-01292-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(AMENDED FIRST REQUEST)** |

COME NOW Plaintiff, Earnesteen Harris ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiffs' Complaint.

On July 16, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 8, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims, and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 29, 2018. This is an amended first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 2nd day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*


**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile:  (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

## ORDER

IT IS SO ORDERED that Trans Union has until August 29, 2018, to file responsive pleadings to Plaintiff's Complaint.

Dated August 3, 2018

_____
UNITED STATES MAGISTRATE JUDGE