**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and ARVEST CENTRAL MORTGAGE COMPANY,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01292-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

　　　　Plaintiff Earnesteen Harris ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

　　　　On September 7, 2018, Plaintiff filed her First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is September 21, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's First Amended Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including October 5, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 20th day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

**SNELL & WILMER**

*/s/ Bradley T. Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5454
Email: baustin@swlaw.com
*Counsel for Equifax Information Services LLC*

**CASE NO. 2:18-CV-01290-GMN-NJK**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

| | |
|---|---|
| 1 | Dated this 20th day of September, 2018 |
| 2 | **NAYLOR & BRASTER** |
| 3 | */s/ Jennifer L. Braster* |
| 4 | Jennifer L. Braster<br>Nevada Bar No. 9982 |
| 5 | Andrew J. Sharples |
| 6 | Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200 |
| 7 | Las Vegas, NV 89145<br>Telephone: (702) 420-7000 |
| 8 | Facsimile: (702) 420-7001 |
| 9 | Email: jbraster@naylorandbrasterlaw.com<br>Email: ashaples@naylorandbrasterlaw.com |
| 10 | and<br>Katherine A. Neben |
| 11 | Nevada Bar No. 14590 |
| 12 | **JONES DAY**<br>3161 Michelson Drive |
| 13 | Irvine, CA 92612<br>Telephone: (949) 851-3939 |
| 14 | Facsimile: (949) 553-7539<br>Email: kneben@jonesday.com |
| 15 | *Counsel for Experian Information Solutions, Inc.* |
| 16 | **WRIGHT, FINLAY & ZAK, LLP** |
| 17 | */s/ Ramir M. Hernandez* |
| 18 | Ace C. Van Patten<br>Nevada Bar No. 11731 |
| 19 | Ramir M. Hernandez<br>Nevada Bar No. 13146 |
| 20 | 7785 West Sahara Avenue, Suite 200 |
| 21 | Las Vegas, NV 89117<br>Telephone: (702) 475-7964 |
| 22 | Facsimile: (702) 946-1345 |
| 23 | Email: avanpatten@wrightlegal.com<br>*Counsel for Arvest Central Mortgage Company* |
| 24 | |
| 25 | |
| 26 | **CASE NO. 2:18-CV-01290-GMN-NJK**<br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S** |
| 27 | **TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| 28 | |

# ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff Earnesteen Harris' First Amended Complaint up to and including October 5, 2018 IS SO ORDERED.

Dated this __24__ day of September 2018

_____
UNITED STATES MAGISTRATE JUDGE

**CASE NO. 2:18-CV-01290-GMN-NJK**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**