# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS, | Case No.: 2:18-cv-01292-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 34) |
| EXPERIAN INFOMRAITON SOULUTIONS., *et al.*, | |
| Defendant(s). | |

Before the Court is the Plaintiff and Defendant Experian Information Solutions' notice of settlement. Docket No. 34. The Court **ORDERS** these parties to file a stipulation of dismissal no later than December 6, 2018.

IT IS SO ORDERED.

Dated: November 6, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge