# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>Plaintiff(s),<br><br>v.<br>EXPERIAN INFOMRAITON SOULUTIONS., *et al.*,<br><br>Defendant(s). | Case No.: 2:18-cv-01292-GMN-NJK<br><br>**Order**<br><br>(Docket No. 37) |

Before the Court is Plaintiff and Defendant Arvest Central Mortgage Company's notice of settlement. Docket No. 37. The Court **ORDERS** these parties to file a stipulation of dismissal no later than March 5, 2019.

IT IS SO ORDERED.

Dated: January 7, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge