# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EARNSTEEN HARRIS,<br><br>　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>　　Defendant(s). | Case No.: 2:18-cv-01292-GMN-NJK<br><br>**Order**<br><br>(Docket No. 42) |

Pending before the Court is the parties' joint motion to extend time to file a stipulation of dismissal of Experian Information Solutions, Inc. Docket No. 42. The parties seek an extension to file their stipulation of dismissal, in order to finalize their settlement agreement. *Id.* For good cause shown, the Court **GRANTS** the parties' joint motion. Docket No. 42. The parties shall file their stipulation of dismissal no later than February 4, 2019.

IT IS SO ORDERED.

Dated: January 9, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge