Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; and ARVEST CENTRAL MORTGAGE COMPANY,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01292-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

Plaintiff Earnesteen Harris and Defendant Equifax Information Services, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY - 1

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated January 8, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |

| **HAINES & KRIEGER, LLC** | **JONES DAY** |
|---|---|
| David H. Krieger, Esq. | Katherine A. Neben, Esq. |
| Nevada Bar No. 9086 | 3161 Michelson Drive |
| dkrieger@hainesandkrieger.com | Irvine, CA 92612 |
|  | Email: kneben@jonesday.com |
| *Counsel for Plaintiff* |  |
|  | *Counsel for Defendant* |
|  | *Experian Information Solutions, Inc.* |

| **WRIGHT FINLAY & ZAK LLP** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Ramir M. Hernandez* | /s/ *Jeremy J. Thompson* |
| Ramir M. Hernandez, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 12503 |
| Email: rhernandez@wrightlegal.net | Nicholas M. Wieczorek, Esq. |
|  | Nevada Bar No. 6170 |
| *Counsel for Defendant* | 3800 Howard Hughes Pkwy., Ste. 500 |
| *Arvest Central Mortgage Company* | Las Vegas, NV 89169 |
|  | Email: jthompson@clarkhill.com |
|  | Email: nwieczorek@clarkhill.com |
|  |  |
|  | *Counsel for Defendant* |
|  | *Equifax Information Services LLC* |

*/ / /*

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY - 2

*Harris v. Experian Information Solutions, Inc et al*
*Case No. 2:18-cv-01292-GMN-NJK*

## ORDER GRANTING

## [43] STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this  12   day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY - 3