Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; AND ARVEST CENTRAL MORTGAGE COMPANY,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01292-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

Plaintiff Earnesteen Harris and Defendant Experian Information Solutions, Inc., hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 1

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated January 30, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| **HAINES & KRIEGER LLC** | **JONES DAY** |
| David H. Krieger, Esq. | Katherine A. Neben, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 14590 |
| 8985 S. Eastern Avenue, Suite 350 | 3161 Michelson Drive |
| Henderson, NV 89123 | Irvine, CA 92612 |
| Email: dkrieger@hainesandkrieger.com | Email: kneben@jonesday.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| **WRIGHT FINLAY & ZAK, LLP** | |
| /s/ *Ramir M. Hernandez* | |
| Ramir M. Hernandez, Esq. | |
| Nevada Bar No. 13146 | |
| 7785 W. Sahara Ave., Suite 200 | |
| Las Vegas, NV 89117 | |
| Email: rhernandez@wrightlegal.net | |
| | |
| **TIFFANY & BOSCO** | |
| Ace Clinton Van Patten, Esq. | |
| 10100 W. Charleston Blvd., Ste. 220 | |
| Las Vegas, NV 89135 | |
| Email: AVP@tblaw.co | |
| *Counsel for Defendant* | |
| *Arvest Central Mortgage Company* | |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 2

*Harris v. Experian Information Solutions, Inc et al*
Case No. 2:18-cv-01292-GMN-NJK

## **ORDER GRANTING**

## **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,**

## **WITH PREJUDICE**

**IT IS HEREBY ORDERED that the above Stipulation of Dismissal, (ECF No. 47), is GRANTED.**

DATED this __1__ day of February, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 3