Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; and ARVEST CENTRAL MORTGAGE COMPANY,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01292-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ARVEST CENTRAL MORTGAGE COMPANY WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Earnesteen Harris and Defendant Arvest Central Mortgage Company ("Arvest") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

STIPULATION AND ORDER DISMISSING ARVEST CENTRAL MORTGAGE COMPANY WITH PREJUDICE - 1

There are no longer any issues in this matter between Plaintiff and Arvest to be determined by the Court, and Arvest is the only remaining defendant. Plaintiff hereby stipulates that all of her claims and causes of action against Arvest, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated April 10, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **WRIGHT FINLAY & ZAK, LLP**<br><br>/s/ *Ramir M. Hernandez*<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Email: rhernandez@wrightlegal.net<br><br>**TIFFANY & BOSCO**<br>Ace Clinton Van Patten, Esq.<br>10100 W. Charleston Blvd., Ste. 220<br>Las Vegas, NV 89135<br>Email: AVP@tblaw.co<br>*Counsel for Defendant*<br>*Arvest Central Mortgage Company* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF ARVEST CENTRAL MORTGAGE COMPANY,

## WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this  17  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT